CCC:MKC
F. #2012R01854

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JAN 3 1 2020   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

NIGEL BOWEN,

              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

S U P E R S E D I N G
I N F O R M A T I O N

Cr. No. 13-CR-38 (S-1) (SJF)
(T. 18, U.S.C., §§ 545, 981(a)(1)(C), 2
and 3551 et seq.; T. 21, U.S.C.,
§ 853(p); T. 28, U.S.C., § 2461(c))

THE UNITED STATES ATTORNEY CHARGES:

<u>TRANSPORTATION AND CONCEALMENT OF IMPORTED GOODS</u>

1.    In or about November 2012, within the Eastern District of New York and elsewhere, the defendant NIGEL BOWEN, together with others, did knowingly, intentionally and fraudulently import and bring into the United States merchandise contrary to law, and did receive, conceal and facilitate the transportation and concealment of merchandise after importation, knowing such merchandise to have been imported and brought into the United States contrary to law.

(Title 18, United States Code, Sections 545, 2 and 3551 et seq.)

<u>CRIMINAL FORFEITURE ALLEGATION</u>

2.    The United States hereby gives notice to the defendant that, upon his conviction of the offense charged herein, the government will seek forfeiture in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), which require any person convicted of such offense to forfeit any property,

real or personal, constituting, or derived from, proceeds obtained directly or indirectly as a result of such offense.

    3.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    (a)  cannot be located upon the exercise of due diligence;

    (b)  has been transferred or sold to, or deposited with, a third party;

    (c)  has been placed beyond the jurisdiction of the court;

    (d)  has been substantially diminished in value; or

    (e)  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described in this forfeiture allegation.

    (Title 18, United States Code, Section 981(a)(1)(C); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c))

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136

F.#: 2012R01854
FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

vs.

NIGEL BOWEN,

Defendant.

## SUPERSEDING INFORMATION

(T. 18, U.S.C., §§ 545, 981(a)(1)(C), 2 and 3551 et seq.; T. 21, U.S.C.,
§ 853(p) and T. 28, U.S.C., § 2461(c))

*A true bill.*

_____
                                                            *Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ A.D. 20 _____

_____
                                                                  *Clerk*

*Bail, $* _____

*Monica K. Castro, Assistant U.S. Attorney (631) 715-7894*